CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 15 2016

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOE TANTURRI, | ) | Civil Action No. 7:15-cv-00117 |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| ZYCH, | ) | By:   Hon. Michael F. Urbanski |
|     Respondent. | ) |        United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that Petitioner's motion for judicial notice is hearing is **GRANTED** in part and **DENIED** in part; the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED**; and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

ENTER: This __14th__ day of June, 2016.

/s/ Michael F. Urbanski
United States District Judge